788

Rickey ROBINSON

v.

STATE

CR-13-0902

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Charles GRAHAM

v.

STATE

CR-13-0933

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

Fredricas Marcaz JILES

v.

STATE

CR-13-0924

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

Rickard HERALD

v.

STATE

CR-13-0954

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied